114

Sheri LIPSCOMB, By and Through her next friend, Carolyn DEFEHR; Autumn Scalf, & William Scalf, By and Through their next friend Gloria Self, on Behalf of themselves and all others similarly situated, Plaintiffs–Appellants,

v.

Dan SIMMONS, individually and in his official capacity as Acting Director, Department of Human Resources of the State of Oregon; & Jess Armas, individually and in his official capacity as Acting Assistant Director, Department of Human Resources of the State of Oregon and Acting Administrator, Children's Services Division, Department of Human Resources of the State of Oregon, Defendants–Appellees.

No. 87–4079.

United States Court of Appeals, Ninth Circuit.

July 10, 1990.

Before GOODWIN, Chief Judge, BROWNING, WALLACE, HUG, TANG, SCHROEDER, FLETCHER, FARRIS, PREGERSON, ALARCON, POOLE, NELSON, CANBY, NORRIS, REINHARDT, BEEZER, HALL, WIGGINS, BRUNETTI, KOZINSKI, NOONAN, THOMPSON, O'SCANNLAIN, LEAVY, TROTT, FERNANDEZ, and RYMER, Circuit Judges.

ORDER

Upon the vote of a majority of nonrecused regular active judges of this court, it is ordered that this case be reheard by the en banc court pursuant to Circuit Rule 35–3.

In re Betty TOMLAN, Debtor.

Ian LEDLIN, Trustee, Plaintiff–Appellee,

v.

UNITED STATES of America, Defendant–Appellant.

No. 89–35673.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted June 8, 1990.

Decided July 12, 1990.

Gary R. Allen, U.S. Dept. of Justice, Tax Div., Washington, D.C., for defendant-appellant.

Allan Galbraith, Carlson & Drewelow, Wenatchee, Wash., for plaintiff-appellee.

Before WRIGHT, WALLACE and KOZINSKI, Circuit Judges.

PER CURIAM:

We consider whether the IRS must timely file a proof of its unsecured claims in order to obtain priority status in a Chapter 13 bankruptcy. We conclude that it must, adopting as our own the excellent opinion of Judge Quackenbush below, reported at 102 B.R. 790 (E.D.Wash.1989).

AFFIRMED.